AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

APR 6 2020

C/ ᶜᵒ pm

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | |
|---|---|
| VISTA PEAK VENTURES, LLC | ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  2:20-cv-00091-JRG |
| NANJING CEC PANDA LCD TECHNOLOGY CO., LTD., et al | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   NANJING ELECTRONICS INFORMATION INDUSTRIAL CORPORATION
PRC at 20th - 23rd Floor, China Power Information Building,
37 Jianning Road, Nanjing, China 210037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Patrick J. Conroy
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201

RETURN / AFFIDAVIT
PROOF - ATTACHED

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/2/20                                          _David A. O'Toole_
                                                        _Signature of Clerk or Deputy Clerk_

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:20-CV-00091-JRG

Plaintiff:
**VISTA PEAK VENTURES, LLC**

vs.

Defendant:
**NANJING CEC PANDA LCD TECHNOLOGY CO., LTD., et al**

Received these papers on the 6th day of April, 2020 at 1:00 pm to be served on **NANJING ELECTRONICS INFORMATION INDUSTRIAL CORPORATION by delivering to TPV International (USA), Inc . care of its Registered Agent, REGISTERED AGENT SOLUTIONS, INC., 1701 Directors Blvd, Suite 300, Austin, Travis County, TX 78701.**

I, Scott L Thomas, being duly sworn, depose and say that on the **7th day of April, 2020 at 11:40 am, I:**

delivered a true copy of this **Summons in a Civil Action together with Plaintiff's Complaint for Patent Infringement** to **NANJING ELECTRONICS INFORMATION INDUSTRIAL CORPORATION by delivering to TPV International (USA), Inc** by delivering to its Registered Agent, **REGISTERED AGENT SOLUTIONS, INC.**, by and through its designated agent, **ALVIN SAYRE**, at the address of: **1701 Directors Blvd, Suite 300, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 7th day of April, 2020 by the affiant who is personally known to me.

_Helen Broussard_
NOTARY PUBLIC

**Scott L Thomas**
PSC # 1224, Exp. 7/31/2020

Our Job Serial Number: THP-2020001811
Ref: Multiple Ref #'s



Helen Broussard
My Commission Expires
11/04/2023
ID No 130428927

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k